**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

LUNIQUE AGOSTINI, on behalf of herself and all Others similarly situated,

Plaintiffs,

-against-

THINKWRITE TECHNOLOGIES, LLC,

Defendant.

Civil Action No. 1:24-cv-4925

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Lunique Agostini, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

Dated: September 30, 2024

By: Gabriel Levy

Gabriel A. Levy, Esq .
*Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com